UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| United States of America | § § | |
| vs. | § § | NO:  AU:25-CR-00457(1)-RP |
| (1) Edgar Ariel Arias-Sanchez | § | |

## ORDER

On this day the Court reviewed the file in the above-styled cause, and specifically the Report and Recommendation of the United States Magistrate Judge filed October 2, 2025, wherein the defendant Arias-Sanchez waived appearance before this Court and appeared before United States Magistrate Judge Susan Hightower for the taking of a felony plea and Rule 11, Fed. R. Crim. P., allocution.  The Magistrate Judge recommends that the plea of guilty be accepted by the undersigned, and noting no opposition by defendant Arias-Sanchez to the Report and Recommendation, the Court enters the following order:

**IT IS THEREFORE ORDERED** that the defendant Arias-Sanchez' plea of guilty to Count 1 of the Information is accepted.

Signed this 20th day of October, 2025.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE